**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Maluhia Eight, LLC**

Case No. **10-30986**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of New York Trust Company, N.A., Trustee/Attn: R. Tarnas 2 North LaSalle St., Suite 1020 Chicago, IL 60602 | | Profit Participation | | $200,000.00 |
| Group 70 International 925 Bethel Street 5th Floor Honolulu, HI 96813 | | Architectural/Consulting | | $135,619.10 |
| M-35, LLC 150 N. Wacker Drive, Suite 1120 Chicago, IL 60606 | | Advances made on behalf of Debtor | | $69,145.68 |
| Hawaiiana Management Company 711 Kapiolani Boulevard, #700 Honolulu, HI 96813 | | Homeowners Association Dues | | $37,842.31 |
| Bank of New York Trust Company, N.A., Trustee, Attn: R. Tarnas 2 North LaSalle St., Suite 1020 Chicago, IL 60602 | | Administrative Fees | | $16,050.00 |
| Walters, Kimura, Motoda, Inc. 1148 Third Avenue Honolulu, HI 96816 | | Landscape Architecture | | $3,172.98 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE: **Maluhia Eight, LLC**  Case No. **10-30986**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Advance Landscape<br>P.O. Box 959, PMP 428<br>Kihei, HI 96753 | | Landscaping | | $781.20 |
| Gary Kinzelberg<br>25 Baccus<br>Ladera Ranch, CA 92694 | | Expenses | | $304.72 |
| Hawaii Registered Legal Agents<br>P.O. Box 2800<br>Honolulu, HI 96803 | | Annual Representation Fees | | $261.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President of Manager** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/10/2010**     Signature: **/s/ Peter R. Morris**
*Peter R. Morris*
**President of Manager**