Kenneth Stohner, Jr.
State Bar No. 19263700
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 - Telephone
(214) 953-5822 - Telecopier

ATTORNEYS FOR COMPASS BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Maluhia Eight, LLC, | § § § § | Case No. 10-30986-hdh-11 |
| Debtor. | § | |

**MOTION OF COMPASS BANK
FOR RELIEF FROM AUTOMATIC STAY**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWELVE (12) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

NOW COMES Compass Bank and files this Motion of Compass Bank for Relief from Automatic Stay ("Motion to Lift Stay") in the above-captioned case ("Case"), and in support thereof would respectfully show as follows:

# I.

# JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (G), and (O).

2. Venue of this Case and this Motion to Lift Stay is proper before this Court in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for relief requested in this Motion to Lift Stay is 11 U.S.C. § 362(d).

# II.

# FACTUAL BACKGROUND

4. On February 8, 2010, ("Petition Date"), Maluhia Eight, LLC ("Maluhia" or "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

5. Prior to the Petition Date, Maluhia executed a Promissory Note dated June 13, 2008 and payable to Compass Bank in the original principal amount of $3,565,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A."

6. The Note is secured by that certain Mortgage executed by Maluhia and filed under Document No. 3758610 in the Real Property Records of the State of Hawaii (the "Mortgage"). The Mortgage grants a security interest and lien in the real property described in Exhibit "A" to the Mortgage ("Real Property"), together with all improvements, minerals and fixtures residing in or affixed to the Real Property, all easements, rights, water, water rights, rights of way, appurtenances and rents associated with the Real Property and any and all

leasehold rights or options related to the Property (collectively, and as more fully described in the Mortgage, the "Property"). A true and correct copy of the Mortgage is attached hereto as Exhibit "B."

7. As of February 23, 2010, the total amount due to Compass Bank under the Note and Mortgage was $3,710,907.72.

8. The Schedules filed by Maluhia reflect that there may be over 40 other secured claims against the Property as well as unpaid real estate taxes in excess of $60,000 owed on the Property to the County of Maui, Hawaii. The Schedules reflect total secured claims against the Property in the amount of $8,490,456.00 and a value of the Property in the amount of $6,000,000.00.

9. This is a single asset real-estate case, and the only personal property listed by the Debtor as assets are account receivables that may be owed to it by two other entities – PRM Realty Group, LLC and M-35, LLC. PRM Realty Group, LLC, who is listed as owing over 85% of the account receivables, is listed on Schedule H as a co-debtor of the Debtor with respect to a number of its debts and is also a debtor in a separate bankruptcy case.

## III.

## RELIEF REQUESTED

10. Compass Bank seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to exercise all of its legal, contractual and equitable rights in and to the Property and to apply proceeds from the disposition of the Property to the indebtedness owed by Debtor to Compass Bank under the Note and Mortgage.

11. 11 U.S.C. 362(d)(1) provides that a court shall grant relief from the automatic stay for "cause". Here, sufficient cause exists to lift the automatic stay because the Debtor cannot

adequately protect Compass Bank's interest in the Property. The Debtor's Schedules do not list any revenue-generating contracts associated with the Property, and the Statement of Financial Affairs further state that the Debtor has had no income from operation of its business during any of the previous three years. Significant tax claims also exist against the Property, which continue to accrue and for which no funds of the Debtor are available to satisfy.

12. Compass Bank is also entitled to relief from the automatic stay under 11 U.S.C. § 362(d)(2) since the Debtor has no equity interest in the Property nor is the Property necessary for an effective reorganization. The Debtor's Schedules state that the secured claims against the Property far exceed the value which the Debtor lists for the Property. Though Compass Bank reserves the right to dispute the value the Debtor has attributed to the Property, the admission by the Debtor in its Schedules as to a lack of equity is binding on the Debtor.

13. Given the decline in the real estate market (especially for properties similar to the Property), a significant likelihood exists that the value of Compass Bank's collateral will continue to erode unless Compass Bank is given stay relief as requested herein.

WHEREFORE, PREMISES CONSIDERED, Compass Bank respectfully requests that the Court enter an order (a) granting Compass Bank relief from the automatic stay to permit Compass Bank to pursue available remedies with respect to the Property; (b) waiving the requirements of Bankruptcy Rule 4001(a)(3) to permit Compass Bank to enforce and implement immediately any order of this Court granting relief from the automatic stay; and (c) for such other and further relief to which Compass Bank may be entitled.

Respectfully submitted,

By: /s/ Kenneth Stohner, Jr.
Kenneth Stohner, Jr.
State Bar No. 19263700
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 – Telephone
(214) 953-5822 – Telecopier

ATTORNEYS FOR COMPASS BANK

## CERTIFICATE OF CONFERENCE

This is to certify that on the 5th day of March, 2010, the undersigned attempted to contact the office of Pronske and Patel, P.C., attorneys for Debtor, to discuss the relief sought in this Motion to Lift Stay but was unable to reach anybody at that office at the time of call.

/s/ Jeremy S. Mack
Jeremy S. Mack

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of March, 2010, a true and correct copy of the foregoing, without exhibits, was served via electronic mail and/or by United States first class mail, postage prepaid, on the following parties (exhibits available upon request to the undersigned attorney):

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

Charlie H. Sehorn
305 Sycamore Ridge Road NE
Concord, NC 28025

Compass Bank
800 N. Central Expressway
Suite 400
Dallas, TX 75206

Synergy Investment Group
Attn: Phillip Whitley and
Mark Whiteley
1914 J. N. Pease Place
Charlotte, NC 98262

Connie Wilmer Trust
300 Walnut S., #109
Des Moines, IA 50309

National Securities
Attn: Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

Darrell and Sylvia Gilbaugh
8392 SE 168th Trinity Pl.
The Villages, FL 32162

Workman Securities Corp.
Attn: David Teece
6500 City West Parkway, Suite 350
Eden Prairie, MN 55344

Forrest Parry Dixon
5890 Hermitage Lane
Oakley, IL 62552

Midpoint Financial
Attn: Christopher Miller
2522 Chambers Road, Suite 100
Tustin, CA 92708

Ha Thi Vuong Living Trust
5355 Via Cartagena
Yorba Linda, CA 92886

WFP Securities
Attn: Tom English
5186 Carroll Canyon Rd.
San Diego, CA 92121

Jacqueline Cosby Trustee
for the J. Cosby Living Trust
1118 3rd St., Apt. #407
Santa Monica, CA 90403

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Sunset Financial Services
Attn: Peter Kushar
8366 E. Otero Plaza
Centennial, CO 80112

Synergy Investment Group
Attn: Terri Sandefer
108 S. Old Dixie Hwy
Lady Lake, FL 32519

Douglas M. Todd, DDS
5223 Shenandoah Park Ave.
Salt Lake City, UT 84121

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Gwen R. Alter Living Trust
1638 Colonial Dr.
Green Cove Springs, FL 32043

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

Jack Murphy
62351 Squiredell Drive
San Jose, CA 95129

Private Asset Group, Inc.
Attn: John Hannan
62 E. Genesee Street
Saneateles, NY 13152

James L. Macfarlane
2681 Sherwood Dr.
Salt Lake City, UT 84108

Jeanette Nguyen Living Trust
4835 E. Ridgemont Ct.
Orange, CA 92860

David N. Hardy Revocable Trust
26 NE 109 St.
Miami, FL 33161

Wilson Davis & Co.
Attn: Les Anderston
236 S. Main
Salt Lake City, UT 84101

Gene and Pauline Anderson
Revocable Trust
Sunrise Senior Living
11889 Skyline Blvd., #232
Oakland, CA 94619

Synergy Investment Group
Attn: Jonathan L. Mayo
10935 SE 177th Place, Suite 20
Summerfield, FL 34491

IRA Resources
FBO: William Hernon
6978 Carnatation Dr.
Carlsbad, CA 92009

Independent Financial Group
Attn: Robyn Lee
1777 Borel Place, Suite 415
San Mateo, CA 94401

James Carafagno, Jr.
1765 Bowling Green
Lake Forest, IL 60045

Janet I. Coe IRA
19766 W. County Rd. 8
Hudson, CO 80642

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

| | | |
|---|---|---|
| Jeffrey B. Chick<br>439 Florence Ave.<br>Oneida, NY 13421 | Jerry R. and Eiko Davidson<br>315 E. Broadway St., #219<br>San Grabriel, CA 91776 | Girard Securities<br>Attn: Kevin Dalzell<br>12526 High Buff, #350<br>San Diego, CA 92130 |
| John and Virginia Tricarico<br>JTWROS<br>1686 Rosebury Loop<br>Lady Lake, FL 32162 | Synergy Investment Group<br>Attn: Terri Sandefer<br>10935 SE 177th Place, Suite 201<br>Summerfield, FL 34491 | John M. Papzian<br>2016 Greenwich St.<br>San Francisco, CA 94123 |
| Private Asset Group<br>Attn: Ray Kim and Edwin Suzuki<br>20241 SW Birch, #100<br>Newport Beach, CA 92660 | Leslie Reed<br>10040 Heyfield Dr.<br>Las Vegas, NV 89134 | Charter Pacific Securities<br>Attn: Robyn Lee<br>111 Anza Blvd.<br>Bulinghame, CA 94010 |
| Lonnie Nafzgar<br>P.O. Box 262<br>Graeagle, CA 96103 | Marilyn M. Moellers IRA<br>1074 Tamarack Lane<br>Libertyville, IL 60048 | Maureen A. Walsh<br>9 Dwight Ave.<br>Clinton, CA 13323 |
| Norman D. Black<br>8088 Graham Rd.<br>Denver, NC 28037 | Sunset Financial Services<br>Attn: Jeffrey L. Lipscomb<br>559 Davidson Dateway Dr., #210<br>Davidson, NC 28036 | NTC & Co.<br>FBO Barbara J. Freyburger<br>4218 Tonawanda Creek Rd.<br>North Tonawanda, NY 14120 |
| NTC & Co. FBO: Marina Bodlik<br>1074 Elfstone Court<br>Westlake Village, CA 91361 | NTC & Co.<br>FBO Richard P. Raczkowski<br>31241 Monterey St.<br>Laguna Beach, CA 92651 | NTC & Co.<br>FBO Patsy Dickerman<br>650 Buena Vista Way<br>Laguna Beach, CA 92651 |
| NTC & Co.<br>FBO Thomas W. Didio<br>53 Leitech Ave<br>Skaneateles, NY 13152 | Orange County Business Bank<br>As Custodian for David H. Jones<br>847 Sandcastel Dr.<br>Cardiff, CA 92007 | Paschal Investment Co.<br>1769 Wasatch Dr.<br>Salt Lake City, UT 84108 |
| Pension Resources<br>FBO Scott M. Kozak<br>9735 Caminito Majado<br>San Diego, CA 92131 | Peter J. Kushar IRA<br>8366 E. Ostero Pl.<br>Centennial, CO 80112 | Sunset Financial Services<br>Attn: Peter Kushar<br>8366 E. Otero Plaza<br>Centennial, CO 80112 |
| Randall C. Strider<br>3010 Club Drive<br>Gastonia, NC 28054 | Robert Simon<br>68 Summerhill<br>Mundelein, IL 60060 | Robert W. and<br>Mary L. Bradshaw<br>10000 W. Courtst<br>Pasco, WA 99301 |

Newbridge Securities Corp.
Attn: John Hughes
38 Park Ave.
Rutherford, NJ 07070

Sterling Trust Co.
FBO Paul Dana
528 N. Idaho St.
San Mateo, CA 94401

Suzanne L. Halko Crumb
Duane E. Crumb
JSTROS
217 Quark Ct.
Batavia, IL 60510

Sunset Financial Services
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

Advance Lancscape
P.O. Box 959, PMP 428
Kihei, HI 96753

Group 70 International
925 Bethel Street, 5th Floor
Honolulu, HI 96813

M-35, LLC
150 N. Wacker Drive, Suite 1120
Chicago, IL 60606

PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Roger Sperry
20411 White Oak Rd.
Rogers, AR 72756

Sterne Ins. Group Inc.
Defined Benefit Pension Plan
11445 E. Via Linda, #2611
Scottsdale, AZ 85269

National Securities
Attention Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

The Tamara Family Trust
5568 Elden Ave.
Costa Mesa, CA 92627

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

Hawaii Registered Legal Agents
P.O. Box 2800
]Honolulu, HI 96803

Walters, Kimura, Motoda, Inc.
1148 Third Avenue
Honolulu, HI 96816

Charter Pacific Securities
Attn: Robert Setser
111 Anza Blvd.
Burlingame, CA 94010

Sunset Financial Sevices
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

The Christopher and Michelle A.
Asterino Family Trust
8334 E. Nightingale Star Dr.
Scottsdale, AZ 85266

County of Maui
Real Property Tax Division
70 East, Kaahumanu Ave. #A16
Kalului, HI 96732

Gary Kinzelberg
25 Baccus
Ladera Ranch, CA 92694

Hawailiana Management Co.
711 Kapiolani Boulevard, #700
Honolulu, HI 96813

Peter R. Morris
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

/s/ Kenneth Stohner, Jr.
Kenneth Stohner, Jr.