Kenneth Stohner, Jr.
State Bar No. 19263700
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 - Telephone
(214) 953-5822 - Telecopier

ATTORNEYS FOR COMPASS BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Maluhia Eight, LLC, | § § | Case No. 10-30986-hdh-11 |
| Debtor. | § § § | |

**AFFIDAVIT OF WILLIAM R. ROSENBERG IN SUPPORT OF THE MOTION OF COMPASS BANK FOR RELIEF FROM AUTOMATIC STAY**

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF DALLAS | § |

Before me, the undersigned authority, on this day personally appeared William R. Rosenberg, who upon his oath, deposed and stated as follows:

1. My name is William R. Rosenberg. I am over the age of 21, am competent to testify, and the matters set forth herein are based upon my personal knowledge.

2. I am presently employed by Compass Bank ("Compass Bank") as a Vice President. This affidavit is submitted in support of the Motion of Compass Bank for Relief From Automatic Stay filed in the above-captioned case ("Motion").

3. On February 8, 2010, ("Petition Date"), Maluhia Eight, LLC ("Maluhia" or "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. Prior to the Petition Date, Maluhia executed a Promissory Note dated June 13, 2008 and payable to Compass Bank in the original principal amount of $3,565,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A."

5. The Note is secured by that certain Mortgage executed by Maluhia and filed under Document No. 3758610 in the Real Property Records of the State of Hawaii (the "Mortgage"). The Mortgage grants a security interest and lien in the real property described in Exhibit "A" to the Mortgage ("Real Property"), together with all improvements, minerals and fixtures residing in or affixed to the Real Property, all easements, rights, water, water rights, rights of way, appurtenances and rents associated with the Real Property and any and all leasehold rights or options related to the Property (collectively, and as more fully described in the Mortgage, the "Property"). A true and correct copy of the Mortgage is attached hereto as Exhibit "B."

6. As of February 23, 2010, the total amount due to Compass Bank under the Note and Mortgage was $3,710,907.72.

7. The Schedules filed by Maluhia reflect that there may be over 40 other secured claims against the Property as well as unpaid real estate taxes in excess of $60,000 owed on the Property to the County of Maui, Hawaii. The Schedules reflect total secured claims against the Property in the amount of $8,490,456.00 and a value of the Property in the amount of $6,000,000.00.

8. This is a single asset real-estate case, and the only personal property listed by the Debtor as assets are account receivables that may be owed to it by two other entities – PRM Realty Group, LLC and M-35, LLC. PRM Realty Group, LLC, who is listed as owing over 85% of the account receivables, is listed on Schedule H as a co-debtor of the Debtor with respect to a number of its debts and is itself a debtor in a separate bankruptcy case.

9. Compass Bank seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to exercise all of its legal, contractual and equitable rights in and to the Property and to apply proceeds from the disposition of the Property to the indebtedness owed by Debtor to Compass Bank under the Note and Mortgage.

10. Sufficient cause exists to lift the automatic stay because the Debtor cannot adequately protect Compass Bank's interest in the Property. The Debtor's Schedules do not list any revenue-generating contracts associated with the Property, and the Statement of Financial Affairs further state that the Debtor has had no income from operation of its business during any of the previous three years. Upon information and belief the Property is raw land for which no development has begun or has even been planned. In addition, significant tax claims also exist against the Property, which continue to accrue and for which no funds of the Debtor are available to satisfy.

11. Compass Bank is also entitled to relief from the automatic stay since the Debtor has no equity interest in the Property nor is the Property necessary for an effective reorganization. The Debtor's Schedules state that the secured claims against the Property far exceed the value which the Debtor lists for the Property. The Debtor's response to the Motion asserts a lesser amount of secured claims against the Property (compared to the Schedules), but nonetheless acknowledges that the secured claims against the property exceed the value of the

Property. Furthermore, the Debtor appears to base its assessment of value for the Property (at $6.0 million) on an appraisal from 2008. Recent appraisals of the Property show a value for the Property of $4.145 million.

12. Given the decline in the real estate market (especially for properties similar to the Property), a significant likelihood exists that the value of Compass Bank's collateral will continue to erode unless Compass Bank is given stay relief as requested herein.

FURTHER AFFIANT SAITH NOT.

_____
WILLIAM R. ROSENBERG

SUBSCRIBED AND SWORN TO BEFORE ME, on this ___ day of March, 2010.

_____
Notary Public in and for the State of Texas

My Commission Expires:

_____

CLAUDIA CABALLERO
Notary Public
STATE OF TEXAS
My Comm. Exp. August 20, 2011

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of March, 2010, a true and correct copy of the foregoing, was served via electronic mail and/or by United States first class mail, postage prepaid, on the following parties (exhibits available upon request to the undersigned attorney). A complete hard copy of the affidavit was mailed to the Debtor's counsel, Gerrit Pronske:

undersigned attorney):

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

Synergy Investment Group
Attn: Phillip Whitley and
Mark Whiteley
1914 J. N. Pease Place
Charlotte, NC 98262

Darrell and Sylvia Gilbaugh
8392 SE 168th Trinity Pl.
The Villages, FL 32162

Workman Securities Corp.
Attn: David Teece
6500 City West Parkway, Suite 350
Eden Prairie, MN 55344

Forrest Parry Dixon
5890 Hermitage Lane
Oakley, IL 62552

Midpoint Financial
Attn: Christopher Miller
2522 Chambers Road, Suite 100
Tustin, CA 92708

Charlie H. Sehorn
305 Sycamore Ridge Road NE
Concord, NC 28025

Connie Wilmer Trust
300 Walnut S., #109
Des Moines, IA 50309

Synergy Investment Group
Attn: Terri Sandefer
108 S. Old Dixie Hwy
Lady Lake, FL 32519

Douglas M. Todd, DDS
5223 Shenandoah Park Ave.
Salt Lake City, UT 84121

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Gwen R. Alter Living Trust
1638 Colonial Dr.
Green Cove Springs, FL 32043

Compass Bank
800 N. Central Expressway
Suite 400
Dallas, TX 75206

National Securities
Attn: Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

David N. Hardy Revocable Trust
26 NE 109 St.
Miami, FL 33161

Wilson Davis & Co.
Attn: Les Anderston
236 S. Main
Salt Lake City, UT 84101

Gene and Pauline Anderson
Revocable Trust
Sunrise Senior Living
11889 Skyline Blvd., #232
Oakland, CA 94619

Synergy Investment Group
Attn: Jonathan L. Mayo
10935 SE 177th Place, Suite 20
Summerfield, FL 34491

**AFFIDAVIT**
5761339v.2

Ha Thi Vuong Living Trust
5355 Via Cartagena
Yorba Linda, CA 92886

WFP Securities
Attn: Tom English
5186 Carroll Canyon Rd.
San Diego, CA 92121

Jacqueline Cosby Trustee
for the J. Cosby Living Trust
1118 3rd St., Apt. #407
Santa Monica, CA 90403

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Sunset Financial Services
Attn: Peter Kushar
8366 E. Otero Plaza
Centennial, CO 80112

Jeffrey B. Chick
439 Florence Ave.
Oneida, NY 13421

John and Virginia Tricarico
JTWROS
1686 Rosebury Loop
Lady Lake, FL 32162

Private Asset Group
Attn: Ray Kim and Edwin Suzuki
20241 SW Birch, #100
Newport Beach, CA 92660

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

Jack Murphy
62351 Squiredell Drive
San Jose, CA 95129

Private Asset Group, Inc.
Attn: John Hannan
62 E. Genesee Street
Saneateles, NY 13152

James L. Macfarlane
2681 Sherwood Dr.
Salt Lake City, UT 84108

Jeanette Nguyen Living Trust
4835 E. Ridgemont Ct.
Orange, CA 92860

Jerry R. and Eiko Davidson
315 E. Broadway St., #219
San Grabriel, CA 91776

Synergy Investment Group
Attn: Terri Sandefer
10935 SE 177th Place, Suite 201
Summerfield, FL 34491

Leslie Reed
10040 Heyfield Dr.
Las Vegas, NV 89134

IRA Resources
FBO: William Hernon
6978 Carnatation Dr.
Carlsbad, CA 92009

Independent Financial Group
Attn: Robyn Lee
1777 Borel Place, Suite 415
San Mateo, CA 94401

James Carafagno, Jr.
1765 Bowling Green
Lake Forest, IL 60045

Janet I. Coe IRA
19766 W. County Rd. 8
Hudson, CO 80642

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

Girard Securities
Attn: Kevin Dalzell
12526 High Buff, #350
San Diego, CA 92130

John M. Papzian
2016 Greenwich St.
San Francisco, CA 94123

Charter Pacific Securities
Attn: Robyn Lee
111 Anza Blvd.
Bulinghame, CA 94010

Lonnie Nafzgar
P.O. Box 262
Graeagle, CA 96103

Norman D. Black
8088 Graham Rd.
Denver, NC 28037

NTC & Co. FBO: Marina Bodlik
1074 Elfstone Court
Westlake Village, CA 91361

NTC & Co.
FBO Thomas W. Didio
53 Leitech Ave
Skaneateles, NY 13152

Pension Resources
FBO Scott M. Kozak
9735 Caminito Majado
San Diego, CA 92131

Randall C. Strider
3010 Club Drive
Gastonia, NC 28054

Newbridge Securities Corp.
Attn: John Hughes
38 Park Ave.
Rutherford, NJ 07070

Sterling Trust Co.
FBO Paul Dana
528 N. Idaho St.
San Mateo, CA 94401

Marilyn M. Moellers IRA
1074 Tamarack Lane
Libertyville, IL 60048

Sunset Financial Services
Attn: Jeffrey L. Lipscomb
559 Davidson Dateway Dr., #210
Davidson, NC 28036

NTC & Co.
FBO Richard P. Raczkowski
31241 Monterey St.
Laguna Beach, CA 92651

Orange County Business Bank
As Custodian for David H. Jones
847 Sandcastel Dr.
Cardiff, CA 92007

Peter J. Kushar IRA
8366 E. Ostero Pl.
Centennial, CO 80112

Robert Simon
68 Summerhill
Mundelein, IL 60060

Roger Sperry
20411 White Oak Rd.
Rogers, AR 72756

Sterne Ins. Group Inc.
Defined Benefit Pension Plan
11445 E. Via Linda, #2611
Scottsdale, AZ 85269

Maureen A. Walsh
9 Dwight Ave.
Clinton, CA 13323

NTC & Co.
FBO Barbara J. Freyburger
4218 Tonawanda Creek Rd.
North Tonawanda, NY 14120

NTC & Co.
FBO Patsy Dickerman
650 Buena Vista Way
Laguna Beach, CA 92651

Paschal Investment Co.
1769 Wasatch Dr.
Salt Lake City, UT 84108

Sunset Financial Services
Attn: Peter Kushar
8366 E. Otero Plaza
Centennial, CO 80112

Robert W. and
Mary L. Bradshaw
10000 W. Courtst
Pasco, WA 99301

Charter Pacific Securities
Attn: Robert Setser
111 Anza Blvd.
Burlingame, CA 94010

Sunset Financial Sevices
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

Suzanne L. Halko Crumb
Duane E. Crumb
JSTROS
217 Quark Ct.
Batavia, IL 60510

Sunset Financial Services
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

Advance Lancscape
P.O. Box 959, PMP 428
Kihei, HI 96753

Group 70 International
925 Bethel Street, 5th Floor
Honolulu, HI 96813

M-35, LLC
150 N. Wacker Drive, Suite 1120
Chicago, IL 60606

PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

National Securities
Attention Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

The Tamara Family Trust
5568 Elden Ave.
Costa Mesa, CA 92627

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

Hawaii Registered Legal Agents
P.O. Box 2800
]Honolulu, HI 96803

Walters, Kimura, Motoda, Inc.
1148 Third Avenue
Honolulu, HI 96816

The Christopher and Michelle A. Asterino Family Trust
8334 E. Nightingale Star Dr.
Scottsdale, AZ 85266

County of Maui
Real Property Tax Division
70 East, Kaahumanu Ave. #A16
Kalului, HI 96732

Gary Kinzelberg
25 Baccus
Ladera Ranch, CA 92694

Hawailiana Management Co.
711 Kapiolani Boulevard, #700
Honolulu, HI 96813

Peter R. Morris
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

*/s/ Kenneth Stohner, Jr.*
Kenneth Stohner, Jr.