

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

NORTHERN DISTRICT OF TEXAS

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 9, 2010

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 10-30986-HDH-11 |
| MALUHIA EIGHT, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER GRANTING APPLICATION OF DEBTOR IN POSSESSION
FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF
PRONSKE & PATEL, P.C. AS COUNSEL FOR THE DEBTOR**

CAME ON FOR CONSIDERATION the Application (the "Application") of Debtor in Possession for an Order Authorizing the Employment of Pronske & Patel, P.C. ("PronskePatel") as Counsel for the Debtor filed by Maluhia Eight, LLC, debtor and debtor in possession (the "Debtor"), pursuant Sections 327, 328, 330, and 1107 of the United States Bankruptcy Code, 11 U.S.C. §§ 1101, *et seq.* (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above-referenced bankruptcy case.

After having reviewed the Application, the Court finds that it has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157.

The Court further finds that due and adequate notice of the Application was served via the court's electronic transmission facilities and United States First Class Mail upon the Debtor's secured creditors, the Debtor's twenty largest unsecured creditors, all parties requesting notice, and the United States Trustee.

The Court further finds that:

a. PronskePatel represents no interest adverse to the Debtor's estate that would disqualify PronskePatel from representation of the Debtor in this Chapter 11 case;

b. PronskePatel and each of its attorneys and employees is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, and as required by Section 327(a) of the Bankruptcy Code; and

c. The retention of PronskePatel as counsel for the Debtor is in the best interest of the Debtor and its estate, creditors, and interest holders.

IT IS THEREFORE,

**ORDERED** that the Application is hereby **GRANTED** to the extent provided herein; and it is further

**ORDERED** that the Debtor is authorized to employ and retain PronskePatel as its counsel in this Chapter 11 as of the filing of its petition; and it is further

**ORDERED** that PronskePatel shall be compensated in accordance with procedures set forth in the Application, and the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules, including N.D. TX L.B.R. 2016.1, the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk

Reference, including Appendix B thereof, and such procedures as may be fixed by order of this Court.

### # # # END OF ORDER # # #

Order prepared by:

Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**PROPOSED COUNSEL FOR THE DEBTOR**