Kenneth Stohner, Jr.
State Bar No. 19263700
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 - Telephone
(214) 953-5822 - Telecopier

ATTORNEYS FOR COMPASS BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| Maluhia Eight, LLC, | § § § § | Case No. 10-30986-hdh-11 |
| Debtor. | § | |

## NOTICE OF CONTINUANCE OF HEARING

**PLEASE TAKE NOTICE** that the final hearing on the Motion of Compass Bank for Relief from Automatic Stay has been continued and will take place on **May 13, 2010 at 1:30 p.m.** in the courtroom of the Honorable Harlin D. Hale, United States Bankruptcy Court, Earl Cabell Federal Building, 14th Floor, 1100 Commerce Street, Dallas, Texas.

Respectfully submitted,

By: /s/ Kenneth Stohner, Jr.
Kenneth Stohner, Jr.
State Bar No. 19263700
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 – Telephone
(214) 953-5822 – Telecopier

ATTORNEYS FOR COMPASS BANK

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of April, 2010, a true and correct copy of the foregoing, was served via electronic mail and/or by United States first class mail, postage prepaid, on the following parties:

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

Synergy Investment Group
Attn: Phillip Whitley and
Mark Whiteley
1914 J. N. Pease Place
Charlotte, NC 98262

Darrell and Sylvia Gilbaugh
8392 SE 168th Trinity Pl.
The Villages, FL 32162

Workman Securities Corp.
Attn: David Teece
6500 City West Parkway, Suite 350
Eden Prairie, MN 55344

Forrest Parry Dixon
5890 Hermitage Lane
Oakley, IL 62552

Midpoint Financial
Attn: Christopher Miller
2522 Chambers Road, Suite 100
Tustin, CA 92708

Ha Thi Vuong Living Trust
5355 Via Cartagena
Yorba Linda, CA 92886

Charlie H. Sehorn
305 Sycamore Ridge Road NE
Concord, NC 28025

Connie Wilmer Trust
300 Walnut S., #109
Des Moines, IA 50309

Synergy Investment Group
Attn: Terri Sandefer
108 S. Old Dixie Hwy
Lady Lake, FL 32519

Douglas M. Todd, DDS
5223 Shenandoah Park Ave.
Salt Lake City, UT 84121

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Gwen R. Alter Living Trust
1638 Colonial Dr.
Green Cove Springs, FL 32043

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

Compass Bank
800 N. Central Expressway
Suite 400
Dallas, TX 75206

National Securities
Attn: Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

David N. Hardy Revocable Trust
26 NE 109 St.
Miami, FL 33161

Wilson Davis & Co.
Attn: Les Anderston
236 S. Main
Salt Lake City, UT 84101

Gene and Pauline Anderson
Revocable Trust
Sunrise Senior Living
11889 Skyline Blvd., #232
Oakland, CA 94619

Synergy Investment Group
Attn: Jonathan L. Mayo
10935 SE 177th Place, Suite 20
Summerfield, FL 34491

IRA Resources
FBO: William Hernon
6978 Carnatation Dr.
Carlsbad, CA 92009

**NOTICE OF HEARING –**
5792541v.1 100456/00479

WFP Securities
Attn: Tom English
5186 Carroll Canyon Rd.
San Diego, CA 92121

Jacqueline Cosby Trustee
for the J. Cosby Living Trust
1118 3rd St., Apt. #407
Santa Monica, CA 90403

National Securities
Attn: Michael Jordan
200 East Ohio, 4th Floor
Chicago, IL 60611

Sunset Financial Services
Attn: Peter Kushar
8366 E. Otero Plaza
Centennial, CO 80112

Jeffrey B. Chick
439 Florence Ave.
Oneida, NY 13421

John and Virginia Tricarico
JTWROS
1686 Rosebury Loop
Lady Lake, FL 32162

Private Asset Group
Attn: Ray Kim and Edwin Suzuki
20241 SW Birch, #100
Newport Beach, CA 92660

Lonnie Nafzgar
P.O. Box 262
Graeagle, CA 96103

Norman D. Black
8088 Graham Rd.
Denver, NC 28037

Jack Murphy
62351 Squiredell Drive
San Jose, CA 95129

Private Asset Group, Inc.
Attn: John Hannan
62 E. Genesee Street
Saneateles, NY 13152

James L. Macfarlane
2681 Sherwood Dr.
Salt Lake City, UT 84108

Jeanette Nguyen Living Trust
4835 E. Ridgemont Ct.
Orange, CA 92860

Jerry R. and Eiko Davidson
315 E. Broadway St., #219
San Grabriel, CA 91776

Synergy Investment Group
Attn: Terri Sandefer
10935 SE 177th Place, Suite 201
Summerfield, FL 34491

Leslie Reed
10040 Heyfield Dr.
Las Vegas, NV 89134

Marilyn M. Moellers IRA
1074 Tamarack Lane
Libertyville, IL 60048

Sunset Financial Services
Attn: Jeffrey L. Lipscomb
559 Davidson Dateway Dr., #210
Davidson, NC 28036

Independent Financial Group
Attn: Robyn Lee
1777 Borel Place, Suite 415
San Mateo, CA 94401

James Carafagno, Jr.
1765 Bowling Green
Lake Forest, IL 60045

Janet I. Coe IRA
19766 W. County Rd. 8
Hudson, CO 80642

Private Asset Group, Inc.
Attn: Ray Kim
3070 Bristol, #500
Costa Mesa, CA 92626

Girard Securities
Attn: Kevin Dalzell
12526 High Buff, #350
San Diego, CA 92130

John M. Papzian
2016 Greenwich St.
San Francisco, CA 94123

Charter Pacific Securities
Attn: Robyn Lee
111 Anza Blvd.
Bulinghame, CA 94010

Maureen A. Walsh
9 Dwight Ave.
Clinton, CA 13323

NTC & Co.
FBO Barbara J. Freyburger
4218 Tonawanda Creek Rd.
North Tonawanda, NY 14120

NTC & Co. FBO: Marina Bodlik
1074 Elfstone Court
Westlake Village, CA 91361

NTC & Co.
FBO Thomas W. Didio
53 Leitech Ave
Skaneateles, NY 13152

Pension Resources
FBO Scott M. Kozak
9735 Caminito Majado
San Diego, CA 92131

Randall C. Strider
3010 Club Drive
Gastonia, NC 28054

Newbridge Securities Corp.
Attn: John Hughes
38 Park Ave.
Rutherford, NJ 07070

Sterling Trust Co.
FBO Paul Dana
528 N. Idaho St.
San Mateo, CA 94401

Suzanne L. Halko Crumb
Duane E. Crumb
JSTROS
217 Quark Ct.
Batavia, IL 60510

Sunset Financial Services
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

Advance Lancscape
P.O. Box 959, PMP 428
Kihei, HI 96753

NTC & Co.
FBO Richard P. Raczkowski
31241 Monterey St.
Laguna Beach, CA 92651

Orange County Business Bank
As Custodian for David H. Jones
847 Sandcastel Dr.
Cardiff, CA 92007

Peter J. Kushar IRA
8366 E. Ostero Pl.
Centennial, CO 80112

Robert Simon
68 Summerhill
Mundelein, IL 60060

Roger Sperry
20411 White Oak Rd.
Rogers, AR 72756

Sterne Ins. Group Inc.
Defined Benefit Pension Plan
11445 E. Via Linda, #2611
Scottsdale, AZ 85269

National Securities
Attention Larry Bishop
17 W220 22nd Street
Oakbrook Terrace, IL 60181

The Tamara Family Trust
5568 Elden Ave.
Costa Mesa, CA 92627

Bank of New York Trust Co., N.A.
Attn: R. Tarnas
2 North LaSalle St., Suite 1020
Chicago, IL 60602

NTC & Co.
FBO Patsy Dickerman
650 Buena Vista Way
Laguna Beach, CA 92651

Paschal Investment Co.
1769 Wasatch Dr.
Salt Lake City, UT 84108

Sunset Financial Services
Attn: Peter Kushar
8366 E. Otero Plaza
Centennial, CO 80112

Robert W. and
Mary L. Bradshaw
10000 W. Courtst
Pasco, WA 99301

Charter Pacific Securities
Attn: Robert Setser
111 Anza Blvd.
Burlingame, CA 94010

Sunset Financial Sevices
Attn: Angelo Piciucco
9943 E. Bell Rd.
Scottsdale, AZ 85260

The Christopher and Michelle A. Asterino Family Trust
8334 E. Nightingale Star Dr.
Scottsdale, AZ 85266

County of Maui
Real Property Tax Division
70 East, Kaahumanu Ave. #A16
Kalului, HI 96732

Gary Kinzelberg
25 Baccus
Ladera Ranch, CA 92694

Group 70 International
925 Bethel Street, 5th Floor
Honolulu, HI 96813

Hawaii Registered Legal
Agents
P.O. Box 2800
]Honolulu, HI 96803

Hawaiiana Management Co.
711 Kapiolani Boulevard, #700
Honolulu, HI 96813

M-35, LLC
150 N. Wacker Drive, Suite 1120
Chicago, IL 60606

Walters, Kimura, Motoda, Inc.
1148 Third Avenue
Honolulu, HI 96816

Peter R. Morris
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

*/s/ Kenneth Stohner, Jr.*
Kenneth Stohner, Jr.