Kenneth Stohner, Jr.
State Bar No. 19263700
Heather M. Forrest
State Bar No. 24040918
Jeremy S. Mack
State Bar No. 24046333
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 - Telephone
(214) 953-5822 - Telecopier

ATTORNEYS FOR COMPASS BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Maluhia Eight, LLC, | § | Case No. 10-30986-hdh-11 |
| | § | |
| Debtor. | § | |

### COMPASS BANK'S NOTICE OF ORAL DEPOSITION DUCES TECUM TO DEBTOR

TO:  Debtor Maluhia Eight, LLC, by and through its attorneys of record: Gerrit M. Pronske, Pronske & Patel, P.C., 2200 Ross Ave., Suite 5350, Dallas, Texas 75201.

PLEASE TAKE NOTICE THAT pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure and Bankruptcy Rules 7030 and 7034, Compass Bank. ("Compass") will take the oral deposition of the Peter R. Morris, the corporate representative of Maluhia Eight, LLC, ("Witness") commencing at 9:00 o'clock a.m. on the 6th day of May 2010, at the offices of Pronske & Patel, P.C., 2200 Ross Ave., Suite 5350, Dallas, Texas 75201.

The Witness shall testify on behalf of Maluhia Eight, LLC regarding and relating to the following matters:

1. Debtor's Plan and Disclosure Statement.

2. Communications by and between Debtor and any proposed financing lenders.

3. The documents more fully described in Exhibit "A" attached hereto.

4. Debtor's valuation of the Property owned by Debtor.

5. Matters relevant to the factual disputes regarding Motion of Compass Bank for Relief from Automatic Stay and the objection thereto filed by Debtor.

The Witness is requested to bring and produce at the time of deposition the items listed on Exhibit "A" attached hereto. The deposition will continue from day to day until completed and will be taken before an officer authorized to take depositions.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Heather M. Forrest*
Kenneth Stohner, Jr.
State Bar No. 19263700
Heather M. Forrest
State Bar No. 24040918
Jeremy S. Mack
State Bar No. 24046333

901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000
(214) 953-5822 - Fax

ATTORNEYS FOR COMPASS BANK

## CERTIFICATE OF SERVICE

    This is to certify that on this 3rd day of May, 2010, a true and correct copy of the foregoing Compass Bank's Notice of Oral Deposition Duces Tecum to Debtor was served via electronic service or First Class United States Mail, postage prepaid, upon the following parties:

Gerrit M. Pronske
Melanie Goolsby
Pronske & Patel, P.C.
2200 Ross Ave., Suite 5350
Dallas, Texas 75201

Demetra L. Liggins
Thompson & Knight LLP
333 Clay Street
Suite 3300
Houston, TX  77002

Paul D. Moak
Hugh M. Ray, III
Mckool Smith P.C.
600 Travis, Suite 7000
Houston, Texas 77002

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242-1496

Ira L. Herman
Demetra L. Liggins
Thompson & Knight LLP
900 Third Avenue
20th Floor
New York, NY  10022-4728

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

*/s/ Heather M. Forrest* _____
Heather M. Forrest

## Exhibit A

## **DEFINITIONS**

1. "Debtor" means Maluhia Eight, LLC

2. "Property" means the property owned by Maluhia Eight, LLC as reflected in its Schedules.

3. "Document" means the original and each nonidentical copy (whether different from the original because of marginal notes, or other material inserted therein, or attached thereto or otherwise) of any written or graphic matter, however produced or reproduced, whether sent or received or neither, including drafts on both sides thereof, and including but not limited to: papers, books, letters, correspondence, telegrams, cables, telex messages, memoranda, typed or handwritten notes, notations, workpapers, transcripts, minutes, reports, recordings or telephone or other conversations or meetings, maps, charts, plans, specifications, diagrams, photographs, affidavits, statements, summaries, opinions, studies, contracts, agreements, ledgers, journals, financial statements, statistical records, desk calendars, appointment books, diaries, expense account records, sound recordings, computer printouts, data processing input and output, microfilm, all of the records kept by electronic, photographic or mechanical means and items similar to any of the foregoing.

4. "Communication" means any contact or act by which any information or knowledge is transmitted or conveyed between or among two or more persons, including, without limitation, written contact by such means as letters, memoranda, telegrams, telexes, or any other document, and all contact by such means as face-to-face meetings and telephone conversations or otherwise.

5. "Evidence" means tending to show, in any probative manner, the existence and/or nonexistence of any matter.

6. "Relate" means commenting on, referring to, pertinent to, discussing, tending to support, or relating to in anyway.

## DOCUMENTS TO BE PRODUCED

1. Any and all contracts, letters of interest and/or proposals for the sale by Debtor of any of the Property received from January 1, 2009 through the present date.

2. Any and all marketing, solicitation or sales brochures, files and/or marketing materials used or created by Debtor, or any of its professionals from January 1, 2009 through the present date regarding or relating to the sale of any of the Property.

3. Any appraisals for any of the Property owned by the Debtor.

4. Any and all Documents regarding or related to the Debtor's plan and disclosure statement, including but not limited to drafts of any plans or disclosure statements or proposals used, provided or acquired in connection with the formulation of a plan or disclosure statement.