Paul D. Moak
State Bar No. 00794316
Hugh M. Ray, III
State Bar No. 24004246
Nicholas Zugaro
State Bar No. 24070905
MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

ATTORNEYS FOR SPCP GROUP, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| PETER R. MORRIS | § | Case No. 10-30240-HDH-11 |
|     Debtor | § | |
| | § | |
| In re: | § | |
| | § | |
| MORRIS RADIO ENTERPRISES, | § | Case No. 09-31416- HDH -11 |
| L.L.C., dba THE BUSINESS SHRINK | § | |
| and | § | |
| | § | |
| PRS II, LLC, dba FORT MORGAN | § | Case No. 09-31436-BJH-11 |
| | § | |
|     DEBTORS. | § | **Jointly Administered Under** |
| | § | Case No. 09-31416- HDH -11 |
| In re: | § | |
| | § | **Chapter 11** |
| BON SECOUR PARTNERS, LLC | § | Case No. 09-37580-BJH-11 |
|     Debtor | § | |
| In re: | § | |
| | § | **Chapter 11** |
| PM TRANSPORTATION, LLC | § | Case No. 09-37581-BJH-11 |
|     Debtor | § | |
| In re: | § | |
| | § | **Chapter 11** |
| PRM REALTY GROUP, LLC | § | Case No. 10-30241-BJH-11 |
|     Debtor | § | |

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **PMP II, LLC d/b/a PARADISE** | § | **Case No. 10-30252-SGJ-11** |
| **MEMORIAL PARK** | § | |
|     **Debtor** | § | |
| | | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **MALUHIA DEVELOPMENT GROUP,** | § | **Case No. 10-30475-BJH-11** |
| **LLC d/b/a MDG** | § | |
|     **Debtor** | § | |
| | | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **MALUHIA EIGHT, LLC** | § | **Case No. 10-30986- HDH -11** |
|     **Debtor** | § | |
| | | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **MALUHIA ONE, LLC d/b/a** | § | **Case No. 10-30987-SGJ-11** |
| **MALUHIA APARTMENT 1, LLC** | § | |
|     **Debtor** | § | |
| | | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **MALUHIA NINE, LLC d/b/a** | § | **Case No. 10-30988-BJH-11** |
| **MALUHIA APARTMENT 9, LLC** | § | |
|     **Debtor** | § | |

## NOTICE OF HEARING
(Refers to Docket #109)

The Motion for Joint Administration of the Affiliated Debtors ("Motion") filed by SPCP Group, LLC ("Movant") in the above-referenced cases is set for hearing. Notice is hereby given that Movant's Motion is set for hearing on June 14, 2010, at 1:30 p.m. (central time), before the Honorable Harlin D. Hale, U.S. Courthouse, 1100 Commerce Street, Dallas, Texas 75242.

DATED: May 7, 2010.

        Respectfully submitted,

        MCKOOL SMITH P.C.

        By: */s/ Hugh M. Ray, III*
            PAUL D. MOAK
            State Bar No. 00794316
            HUGH M. RAY, III
            State Bar No. 24004246
            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

        ATTORNEYS FOR SPCP GROUP, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2010, a true and correct copy of the foregoing document has been served by the electronic case filing system to parties on the ECF system, and to the following counsel by first class mail:

J. Mark Chevallier
McGuire, Craddock & Strother PC
2501 N. Harwood Ste 1800
Dallas, TX 75201
*Proposed Counsel for individual Debtor,*
*Peter Morris*

Gerrit M. Pronske
Melanie Goolsby
Pronske & Patel, P.C.
2200 Ross Ave Ste 5350
Dallas, TX 75201
*Counsel for Corporate Debtors*

        */s/ Hugh M. Ray, III*
        Hugh M. Ray, III