

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed June 03, 2010**

---

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MALUHIA EIGHT, LLC,** | § | **CASE NO. 10-30986-HDH-11** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |
| | § | |

### ORDER SETTING DISCLOSURE STATEMENT HEARING
### AND FIXING TIME FOR FILING OBJECTIONS

Debtor and Maluhia One, LLC filed their Joint Disclosure Statement ("Disclosure Statement") under Chapter 11 of the Bankruptcy Code on June 1, 2010 [Docket No. 42], with respect to the Debtor's Joint Plan of Reorganization ("Plan") filed on June 1, 2010 [Docket No. 41]; it is therefore

ORDERED that **June 29, 2010, at 4:00 p.m.**, Prevailing Central Time, is fixed as the deadline by which creditors and parties in interest may file objections to the disclosure statement, which objections shall be in writing, together with proof of service, and served on the following for receipt by **4:00 p.m.**, Prevailing Central Time, on **June 29, 2010**; (i) Pronske & Patel, P.C.,

**ORDER SETTING DISCLOSURE STATEMENT HEARING AND FIXING TIME FOR FILING OBJECTIONS – Page 1**

2200 Ross Avenue, Suite 5350, Dallas, Texas 75201, Attention Gerrit M. Pronske: Facsimile (214) 658-6509; and (ii) United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242, Attention: Erin Schmidt, Facsimile (214) 767-8967, and it is further

ORDERED that pursuant to Bankruptcy Rule 3017(a), a hearing on the Joint Disclosure Statement shall be held before this Court on **July 6, 2010, at 1:30 p.m.**, in the Courtroom of the Honorable Harlin D. Hale, United States Courthouse, 1100 Commerce, 14th Floor, Dallas, Texas 75242.

# # # END OF ORDER # # #

Prepared By:
Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Ave., Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 - Telecopier
Email:  gpronske@pronskepatel.com
Email:  rpatel@pronskepatel.com
Email:  mgoolsby@pronskepatel

**COUNSEL FOR DEBTOR**