


**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed July 07, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 10-30986-HDH-11 |
| MALUHIA EIGHT, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER EXTENDING DEADLINES SET IN ORDER GRANTING
COMPASS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

CAME ON for consideration the Order Granting Compass Bank's Motion for Relief from Automatic Stay (the "Order") regarding the Motion for Relief from Automatic Stay (the "Motion") filed by Compass Bank ("Compass Bank"). This Court, having heard the arguments made by counsel for Compass Bank and the above-captioned Debtor on the record on July 6, 2010 at the hearing to approve the Debtor's Joint Disclosure Statement (the "Disclosure Statement") [Docket No. 42], and considering that the hearing to approve the Disclosure Statement has been continued to July 15, 2010, hereby finds that the below extension of deadlines set forth in the Order is in the best interests of all parties-in-interest in this case. It is hereby

**ORDER EXTENDING DEADLINES SET IN ORDER GRANTING COMPASS BANK'S MOTION FOR
RELIEF FROM AUTOMATIC STAY -- Page 1 of 2**

ORDERED that the Order is modified as follows; and it is further

ORDERED that the Debtor must achieve approval of its disclosure statement by this Court by no later than July 15, 2010; and it is further

ORDERED that the Debtor must achieve confirmation of its plan of reorganization by no later than August 16, 2010; and it is further

ORDERED that, in the event any of the foregoing deadlines are not met, the automatic stay shall automatically lift without any further action by the Court to allow Compass Bank to pursue and enforce any and all available remedies under state law and to exercise any and all remedies under the Deed of Trust, including a foreclosure sale of the Property; and it is further

ORDERED that, except as modified herein, the Order shall remain in full force and effect.

### END OF ORDER ###

Order prepared by:

*/s/ Melanie P. Goolsby*
Melanie P. Goolsby
Texas Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTOR**