Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MALUHIA ONE, LLC,** | § | **CASE NO. 10-30987-HDH-11** |
| | § | |
| Debtor. | § | **CHAPTER 11** |
| | § | |
| **In re:** | § | |
| | § | |
| **MALUHIA EIGHT, LLC,** | § | **CASE NO. 10-30986-HDH-11** |
| | § | |
| Debtor. | § | **CHAPTER 11** |
| | § | |

## NOTICE OF RESET CONFIRMATION HEARING

PLEASE BE ADVISED that the Confirmation Hearing on the *Debtors' Joint Disclosure Statement* filed by Maluhia One, LLC and Maluhia Eight, LLC (together, the "Debtors") has been reset to **Monday, August 23, 2010 at 9:30 a.m.** and will be held before the Honorable Harlin D. Hale, United States Bankruptcy Judge, United States Courthouse, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas.

Of this Notice take due regard**.**

Dated:  August 12, 2010.                    Respectfully submitted,

                                     By: /s/ Melanie P. Goolsby
                                     Gerrit M. Pronske
                                     Texas Bar No. 16351640
                                     Rakhee V. Patel
                                     State Bar No. 00797213
                                     Melanie P. Goolsby
                                     State Bar No. 24059841
                                     PRONSKE & PATEL, P.C.
                                     2200 Ross Avenue, Suite 5350
                                     Dallas, Texas 75201
                                     Telephone: 214.658.6500
                                     Facsimile: 214.658.6509
                                     Email: gpronske@pronskepatel.com
                                     Email: rpatel@pronskepatel.com
                                     Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that, on August 12, 2010, I caused to be served the foregoing pleading upon the parties on the service list attached hereto via the Court's electronic transmission facilities and/or United States mail, first class delivery.

                                     /s/ Melanie P. Goolsby
                                     Melanie P. Goolsby

```
Label Matrix for local noticing          Compass Bank                              U.S. Attorney
0539-3                                   c/o JACKSON WALKER L.L.P.                 1100 Commerce, 3rd Floor
Case 10-30986-hdh11                      Attn:  Kenneth Stohner, Jr.               Dallas, TX 75242-1074
Northern District of Texas               901 Main Street, Suite 6000
Dallas                                   Dallas, TX 75202-3797
Thu Aug 12 14:03:41 CDT 2010

U.S. Attorney General                    1100 Commerce Street                      Advance Landscape
Department of Justice                    Room 1254                                 P.O. Box 959, PMP 428
Washington, DC 20001                     Dallas, TX 75242-1305                     Kihei, HI 96753-0959


Association of Apt. Owners of Maluhia at Wai   Bank of New York Mellon Trust Company, N.A.   Bank of New York Trust Company, N.A.
co Mancini, Welch & Geiger LLP           CO Ira L. Herman and                      Tee on Behalf of the 12 Collateralized
33 Lono Ave., Suite 470                  Demetra L. Liggins                        Profit Participation-Attn:  R. Tarnas
Kahului, HI 96732-1608                   Thompson & Knight LLP                     2  North LaSalle St., Suite 1020
                                         919 Third Avenue, 39th Floor              Chicago, IL 60602-3802
                                         New York, NY 10022-3902

Bank of New York Trust Company, N.A.,    Charlie H. Sehorn                         Charter Pacific Securities
Trustee, Attn:  R. Tarnas                305 Sycamore Ridge Road NE                Attn:  Rob Sester
2 North LaSalle St., Suite 1020          Concord, NC 28025-7806                    146 Grand St.
Chicago, IL 60602-3802                                                             Redwood, CA 94062-1632


Charter Pacific Securities               Compass Bank                              Connie Wimer Trust of 12.24.97
Attn:  Robyn Lee                         c/o Kenneth Stohner, Jr.                  300 Walnut S., No. 109
146 Grand St.                            Jackson Walker L.L.P.                     Des Moines, IA 50309-2242
Redwood, CA 94062-1632                   901 Main Street, Suite 6000
                                         Dallas, Texas 75202-3797


County of Maui                           Dallas County                             Darrell and Sylvia Gilbaugh
Real Property Tax Division               Linebarger Goggan Blair & Sampson, LLP    JTWROS
70 East, Kaahumanu Ave., No. A16         CO Lauire Spindler Huffman                8392 SE 168th Trinity Pl.
Kalului, HI 96732-2196                   2323 Bryan Street Ste 1600                The Villages, FL 32162-2838
                                         Dallas, Texas 75201-2637


David N. Hardy Revocable Trust           Department of Water Supply                Douglas M. Todd, DDS Profit Sharing Plan
26 NE 109 St.                            County of Maui                            5223 Shenandoah Park Ave.
Miami, FL 33161-7040                     200 South High Street                     Salt Lake City, UT 84121
                                         Wailuku, HI 96793-2155


Forrest Parry Dixon                      Gary Kinzelberg                           Gene and Pauline Anderson
5890 Hermitage Lane                      25 Baccus                                 Revocable Trust
Oakley, IL 62501-7582                    Ladera Ranch, CA 92694-0914               3544 Custer St., #3
                                                                                   Oakland, CA 94601-3738


Girard Securities                        Group 70 International                    Gwen R. Alter Living Trust
Attn:  Kevin Dalzell                     925 Bethel Street                         1638 Colonial Dr.
12526 High Bluff, No. 350                5th Floor                                 Green Cove Springs, FL 32043-8001
San Diego, CA 92130-3074                 Honolulu, HI 96813-4398


Ha Thi Vuong Living Trust as of 2-28-07  Hawaii Registered Legal Agents            Hawailiana Management Company
5355 Via Cartagena                       P.O. Box 2800                             711 Kapiolani Boulevard, No. 700
Yorba Linda, CA 92886-4572               Honolulu, HI 96803-2800                   Honolulu, HI 96813-5249
```

| | | |
|---|---|---|
| IRA Resources FBO: William Hernon<br>6978 Carnatation Dr.<br>Carlsbad, CA 92011-3814 | Independent Financial Group<br>Attn: Robyn Lee<br>1777 Borel Place, Suite 415<br>San Mateo, CA 94402-3533 | Jack Murphy<br>62351 Squiredell Drive<br>San Jose, CA 95129 |
| Jacqueline Cosby Trustee for the<br>Amended and Restated J. Cosby Living<br>Trust dtd 2-18-05<br>1118 3rd St., Apt. No. 407<br>Santa Monica, CA 90403-5087 | James Carafagno, Jr.<br>1765 Bowling Green<br>Lake Forest, IL 60045-3559 | James L. Macfarlane<br>2681 Sherwood Dr.<br>Salt Lake City, UT 84108-2466 |
| Janet I. Coe IRA<br>19766 W. County Rd. 8<br>Hudson, CO 80642-9033 | Jeanette Nguyen Living Trust<br>as of 10-25-06<br>5835 E. Ridgemont Ct.<br>Orange, CA 92869-6046 | Jeffrey B. Chick<br>439 Florence Ae.<br>Oneida, NY 13421-2228 |
| Jerry R. and Eiko Davidson<br>315 E. Broadway St., No. 219<br>San Graviel, CA 91776-6827 | John M. Papzian<br>2016 Greenwich St.<br>San Francisco, CA 94123-3519 | John and Virginia Tricarico<br>JTWROS<br>1686 Rosebury Loop<br>Lady Lake, FL 32162-1648 |
| Leslie Reed<br>10040 Heyfield Dr.<br>Las Vegas, NV 89134-7534 | Lonnie Nafzgar<br>P.O. Box 262<br>Graeagle, CA 96103-0262 | M-35, LLC<br>150 N. Wacker Drive, Suite 1120<br>Chicago, IL 60606-1602 |
| Maluhia Eight, LLC<br>co PRM Realty Group, LLC<br>150 N. Wacker Dr., No. 1120<br>Chicago, IL 60606-1602 | Marilyn M. Moellers IRA<br>1074 Tamarack Lane<br>Libertyville, IL 60048-3617 | Maureen A. Walsh<br>9 Dwight Ave.<br>Clinton, CA 13323-1613 |
| Midpoint Financial<br>Attn: Christopher Miller<br>2522 Chambers Road, Suite 100<br>Tustin, CA 92780-6962 | NTC & Co. FBO Barbara J. Freyburger<br>4218 Tonawanda Creek Rd.<br>North Tonawanda, NY 14120-9543 | NTC & Co. FBO: Marina Bodlik<br>1074 Elfstone Court<br>Westlake Village, CA 91361-1812 |
| NTC & Co. FBO: Richard P. Raczkowski<br>31241 Monterey St.<br>Laguna Beach, CA 92651-6962 | NTC & Co. FBO: Patsy Dickerman<br>650 Buena Vista Way<br>Laguna Beach, CA 92651-2603 | NTC & Co. FBO: Thomas W. Didio<br>53 Leitech Ave.<br>Skaneateles, NY 13152-1221 |
| National Securities<br>Attn: Larry Bishop<br>17 W220 22nd Street<br>Oakbrook Terrace, IL 60181-4745 | National Securities<br>Attn: Michael Jordan<br>200 East Ohio, 4th Floor<br>Chicago, IL 60611-7270 | Newbridge Securities Corp.<br>Attn: John Hughes<br>14-12 Rose Place<br>Fair Lawn, NJ 07410-2203 |
| Norman D. Black<br>8088 Graham Rd.<br>Denver, NC 28037-8603 | Orange County Business Bank as<br>Custodian for David H. Jones<br>847 Sandcastel Dr.<br>Cardiff, CA 92007-1124 | PRM Realty Group, LLC<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606-1602 |

| | | |
|---|---|---|
| Paschal Investment Co.<br>1769 Wasatch Dr.<br>Salt Lake City, UT 84108-3360 | Pension Resources FBO Scott M. Kozak Beneficiary IRA<br>9735 Caminito Majado<br>San Diego, CA 92131-2107 | Peter J. Kushar IRA<br>8366 E. Ostero Pl.<br>Centennial, CO 80112-3316 |
| Peter R. Morris<br>CO PRM Realty Group, LLC<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606-1602 | Peter R. Morris<br>c/o J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | Private Asset Group<br>Attn: Ray Kim<br>20241 SW Birch, No. 100<br>Newport Beach, CA 92660-1783 |
| Private Asset Group, Inc.<br>Attn: Edwin Suzuki<br>20241 SW Birch, No. 100<br>Newport Beach, CA 92660-1783 | Private Asset Group, Inc.<br>Attn: John Hannan<br>62 E. Genesee Street<br>Saneateles, NY 13152-1357 | Private Asset Group, Inc.<br>Attn: Ray Kim<br>3070 Bristol, No. 500<br>Costa Mesa, CA 92626-3083 |
| Randall C. Strider<br>3010 Club Drive<br>Gastonia, NC 28054-3941 | Robert Simon<br>68 Summerhill<br>Mundelein, IL 60060-4556 | Robert W. and Mary L. Bradshaw<br>10000 W. Courtst<br>Pasco, WA 99301-6505 |
| Roger Sperry<br>P.O. Box 487<br>Louisiana, MO 63353-0487 | SPCP Group, LLC<br>CO McKool Smith PC<br>Attn: H.M. Ray, III<br>600 Travis, Ste 7000<br>Houston, TX 77002-3018 | Sterling Trust Company FBO Paul Dana<br>528 N. Idaho St.<br>San Mateo, CA 94401-1119 |
| Sterne Insurance Group Inc. Defined Benefit Pension Plan<br>11445 E. Via Linda, No. 2611<br>Scottsdale, AZ 85259-2839 | Sunset Financial Services<br>Attn: Angelo Piciucco<br>9943 E. Bell Rd.<br>Scottsdale, AZ 85260-2530 | Sunset Financial Services<br>Attn: Jeffrey L. Lipscomb<br>559 Davidson Dateway Dr., No. 210<br>Davidson, NC 28036-7033 |
| Sunset Financial Services<br>Attn: Peter Kushar<br>8366 E. Otero Plaza<br>Centennial, CO 80112-3316 | Suzanne L. Halko Crumb & Duane E. Crumb JWTROS<br>217 Quark Ct.<br>Batavia, IL 60510-8649 | Synergy Investment Group<br>Attn: Jonathan L. Mayo<br>10935 SE 177th Place, Suite 20<br>Summerfield, FL 34491-8975 |
| Synergy Investment Group<br>Attn: Philip Whitley/Mark Whiteley<br>8701 Mallard Creek Road, Suite 218<br>Charlotte, NC 28262-6007 | Synergy Investment Group<br>Attn: Terri Sandefer<br>10935 SE 177th Place, Suite 201<br>Summerfield, FL 34491-8971 | Synergy Investment Group<br>Attn: Terri Sandefer<br>108 S. Old Dixie Hwy<br>Lady Lake, FL 32159-4349 |
| The Bank of New York Mellon Trust Company N.<br>c/o Demetra L. Liggins<br>Thompson & Knight, LLP<br>333 Clay St., Suite 3300<br>Houston, TX 77002-4499 | The Christopher and Michelle A. Asterino Family Trust Dated 4-25-06<br>8334 E. Nightingale Star Dr.<br>Scottsdale, AZ 85266-1351 | The Tamara Family Trust,<br>Dated Dec. 12, 2005<br>5568 Elden Ave.<br>Costa Mesa, CA 92627 |
| WFP Securities<br>Attn: Tom English<br>5186 Carroll Canyon Rd.<br>San Diego, CA 92121-1729 | Walters, Kimura, Motoda, Inc.<br>1148 Third Avenue<br>Honolulu, HI 96816-5821 | Wilson-Davis & CO.<br>Attn: Les Anderston<br>236 S. Main<br>Salt Lake City, UT 84101-2001 |

| | | |
|---|---|---|
| Workman Securities Corp.<br>Attn: David Treece<br>6500 City West Parkway, Suite 350<br>Eden Prairie, MN 55344-7715 | Gerrit M. Pronske<br>Pronske & Patel, P.C.<br>2200 Ross Avenue<br>Suite 5350<br>Dallas, TX 75201-7903 | Melanie Pearce Goolsby<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 |
| Peter R. Morris<br>c/o J. Mark Chevallier, Esq.<br>c/o James G. Rea, Esq.<br>McGuire, Craddock & Strother, P.C.<br>2501 N. Harwood, Suite 1800<br>Dallas, TX 75201-1613 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of New York Mellon Trust Company, N.A | (d)Bank of New York Trust Company, N.A.,<br>Trustee-Attn: R. Tarnas<br>2 North LaSalle St., Suite 1020<br>Chicago, IL 60602-3802 | (u)Dallas County |
| (u)SPCP Group, LLC | End of Label Matrix<br>Mailable recipients    94<br>Bypassed recipients     4<br>Total                  98 | |